# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: INFORMATION
ASSOCIATED WITH ONE
DISCORD ACCOUNT THAT IS
STORED AT PREMISES
CONTROLLED BY DISCORD, INC.

1:26MJ126

## MOTION TO SEAL

NOW COMES the United States of America, by Dan Bishop, United States Attorney for the Middle District of North Carolina, through his assistant, Anand Ramaswamy, and respectfully moves this Honorable Court for an Order sealing the Application and Affidavit for Search Warrant, the Warrant, and the Warrant Return regarding the above-referenced matter, and the Supplement to this Motion to Seal, and in support thereof, shows unto the Court as follows:

1. The search warrant affidavit relates to an investigation into a conspiracy as well as potentially-identifying details about the person(s) and entities involved. The investigation is ongoing.

2. Premature disclosure of the contents of the items referenced above may lead to potential destruction of evidence and/or witness tampering.

3. Therefore, premature disclosure of the contents of these items may have a significant negative impact on the effectiveness of the continuing investigation.

WHEREFORE, the United States respectfully moves seal the application in support of the search warrant, the warrant, the warrant return, and the supplement to its motion to seal, except that a filed copy of the same be provided to the Office of the United States Attorney.

This the 29th day of June, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ ANAND RAMASWAMY
Assistant United States Attorney
NCSB # 24991
United States Attorney's Office
Middle District of North Carolina
Phone: 336-333-5351

2