IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: INFORMATION ASSOCIATED WITH ONE DISCORD ACCOUNT THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC. | ORDER TO SEAL APPLICATION, AFFIDAVIT, WARRANT AND WARRANT RETURN FOR SEARCH WARRANT 1:26MJ126 |

The United States has moved to seal the search warrant materials filed in this case, including the search warrant, the accompanying affidavit, the return, and the Supplement to the Motion to Seal. Being apprised of the reasons therefor, the Court concludes that the motion should be granted and that the search warrant materials should be sealed for one year from the date of this order unless otherwise extended by the Court.

The Court has inherent authority to order such sealing. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the *ex parte* showing before the Court, the Court concludes that the government has made a *prima facie* showing that justifies sealing the search warrant materials. The Court has specifically considered the search warrant materials, including the affidavit and the Government's Motion to Seal and Supplement, and the Court concludes that the Government has offered a compelling interest in completing the criminal investigation. The Court finds that unsealing of the materials would undermine the investigation including by allowing targets the

opportunity to destroy evidence or tamper with evidence and interfere with witnesses.

Therefore, the Motion to Seal will be granted. However, the Government may disclose search warrant materials to defense counsel who may come to represent the targets or related co-conspirators for purposes of discovery.

In addition, if any of the targets who were the subject of the search seek access to any of the search warrant materials, and if the materials are not provided and they want to be heard further on the request, the Government should notify the Court so that the request can be fully considered and set for hearing if necessary.

IT IS HEREBY ORDERED that this case, including the search warrant, the application and affidavit, the return, and the Supplement to the Motion to Seal, be sealed for one year from the date of this order unless otherwise extended by the Court, and the search warrant materials shall be placed under seal by the Clerk.

This the _____ day of July, 2026.

HON. JOI ELIZABETH PEAKE
United States Magistrate Judge

2